**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Broward Division**
www.flsb.uscourts.gov

IN RE:                                                      CASE NO: 25-16643-PDR
                                                            Chapter 13
LILIANA VANHOEK,

    Debtor.
_____/

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS AND DOCUMENTS**

    Please take notice that the undersigned appears for Secured Creditor, KEYSTONE LAKE HOMEOWNERS ASSOCIATION INC. Request is hereby made, pursuant to 11 U.S.C. Section 1109(b) and Bankruptcy Rules 2002 and 9007, that all papers, pleadings, motions and applications served or required to be served in this case be given to and be served upon the undersigned.

    Please take notice that the foregoing request includes not only the notices and the papers referred to in the rules specified above, but also includes orders and notices of any applications, motions, petitions, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telefax, telex or otherwise, which may affect or seek to affect in any way any rights or interest of the above stated creditors.

    HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was furnished via electronic notice or U. S. Mail to the parties on the attached mail list on 06/12/25.

 

                                                                             DION & FORSYTH, P.A.
                                                                             Attorney for Creditor, KEYSTONE LAKE
                                                                             HOMEOWNERS ASSOCIATION INC.
                                                                             5500 Military Trail, Ste 22-258
                                                                             Jupiter, Florida 33458
                                                                            Tel: (877) 640-4802
                                                                             Fax:(855) 402-8672

                                                                             By:  /s/ Nicole Bloom Dion
                                                                                 Nicole Bloom Dion, Esquire
                                                                                 Fla. Bar No. 0093319

**Mailing Information for Case 25-16643-PDR**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Jose A Blanco**    eservice@blancopa.com, Blanco.JoseA.R105197@notify.bestcase.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Robin R Weiner**    auto-forward-ecf@ch13weiner.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)