UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**IN RE:** **CASE NO.: 25-16643-PDR**
**CHAPTER 13**

**Liliana Vanhoek,**
**Debtor.**

_________________________________/

# REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2007-2 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Giselle Velez
Giselle Velez
Email: gvelez@raslg.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 18, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

LILIANA VANHOEK
18763 NW 23RD ST
PEMBROKE PINES, FL 33029-5325

And via electronic mail to:

JOSE A. BLANCO, P.A.
102 E 49TH ST
HIALEAH, FL 33013

ROBIN R WEINER
ROBIN R. WEINER, CHAPTER 13 TRUSTEE
POST OFFICE BOX 559007
FORT LAUDERDALE, FL 33355

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

By: /s/Amber Matas