

ORDERED in the Southern District of Florida on August 11, 2025.



Peter D. Russin, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Liliana Vanhoek                                    Case No.: 25-16643-PDR
                                                            Chapter 13

_____Debtor_____/

### ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY KEYSTONE LAKE HOMEOWNERS ASSOCIATION INC

THIS CASE came to be heard on <u>August 4, 2025</u>, on the Court's consent calendar on the Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property* (DE <u>17</u>; the "Motion"), without objection, the Court FINDS as follows:

    A.    The value of the debtor's real property (the "Real Property") located at <u>18763 NW 23RD ST, Pembroke Pines, FL 33029-5325</u>, and more particularly described as

> A portion of Tract A, "BIG SKY PLAT", according to the Plat thereof, as Recorded in Plat Book 158, Page 11, of the Public Records of BROWARD County, Florida. More Particularly Described as follows: Commence at the Southeast of said Tract A; Thence South 89°53'02" West along the South line of said Tract A, a distance of 1845.65 feet; Thence North 00°06'58" West,

**a distance of 160.00 feet to the Point of Beginning; Thence continue North 00°06'58" West, distance of 132.00 feet: Thence North 89°53'02" East. distance of 67.70 feet; Thence South 00°06'58" East, a distance of 132.00 feet; Thence South 90°53'02" West, a distance of 67.70 feet to the Point of Beginning.**

      is $ __766,500.00__ at the time of the filing of this case.

B.    The total of all claims secured by liens on the Real Property senior to the lien of __KEYSTONE LAKE HOMEOWNERS ASSOCIATION INC__ (the "Lender") is $ __942,274.00__.

C.    The equity remaining in the Real Property after payment of all claims secured by liens senior to the lien of Lender is $ __0.00__ and Lender has a secured interest in the Real Property in such amount.

Consequently, it is **ORDERED** as follows:

1.    The Motion is **GRANTED**.

2.    Lender has an allowed secured claim in the amount of $ __0.00__.

3.    Because Lender's secured interest in the Real Property is $0, Lender's mortgage recorded on __May 7, 2025__ at Instrument No.: 120204738 and 119165292 of the official records of Broward County, Florida shall be deemed void and shall be extinguished automatically, without further order of the Court, upon entry of the debtor's discharge in this chapter 13 case. If this case is converted to a case under any other chapter or if the chapter 13 case is dismissed, Lender's mortgage will no longer be considered void and shall be restored as a lien on the Real Property.

4.    (Select only one):

    ___    Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

or

    _X_    Lender filed a proof of claim in this case [POC#1]. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $ <u>9,115.92</u>, regardless of the original classification in the proof of claim as filed.

5. The Real Property may not be sold or refinanced without proper notice and further order of the Court.

6. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

###

Respectfully Submitted By: **JOSE A. BLANCO, P.A.,** Jose A. Blanco | FBN: 062449, Attorney for Debtor(s), 102 E 49th ST, Hialeah, FL 33013, Tel. (305) 349-3463, E-Mail: jose@blancopa.com

Attorney Blanco is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.