

**ORDERED in the Southern District of Florida on October 1, 2025.**



Peter D. Russin, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Liliana Vanhoek                         Case No.: 25-16643-PDR
                                                  Chapter 13
_____Debtor_____/

**AGREED ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON PERSONAL PROPERTY HELD BY BRIDGECREST ACCEPTANCE CORP**
(Cancels the hearing set for October 6, 2025, at 10:00 AM)

THIS CASE came upon the *Debtor's Motion to Value and Determine Secured Status of Lien on Personal Property* (DE  20  ; the "Motion"). Based upon the debtor's assertions made in support of the Motion, noting the parties' agreement, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

A.  The value of the debtor's personal property (the "Personal Property") more particularly described as follows *(Select only one)*:

  X   Motor vehicle described as follows:
      **Year and Model of motor vehicle: 2010 Lexus RX**
      **Vehicle Identification Number (VIN #):**     2T2BK1BA0AC043917
      **Odometer reading:**     101960 miles.

  ___ Personal property other than a motor vehicle described as follows: _____

LF-103 (06/14/10)

___,

    is $ _8,500.00_  at the time of the filing of this case.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $ _8,500.00_ .

3. (Select only one):

   __ Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of scheduled secured claim, regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at ____ % for a total of $_____.

   or

   _X_ Lender filed a proof of claim in this case POC#3. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $14,663.12, regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at _9.5_ % for a total of $_10,710.95_ .

4. The Personal Property may not be sold or refinanced without proper notice and further order of the Court.

LF-103 (06/14/10)

5. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

6. Upon notification that the debtor has received a discharge, the creditor shall take all steps necessary to release the lien upon the personal property.

###

Respectfully Submitted By: **JOSE A. BLANCO, P.A.,** Jose A. Blanco | FBN: 062449, Attorney for Debtor(s), 102 E 49th ST, Hialeah, FL 33013, Tel. (305) 349-3463, E-Mail: jose@blancopa.com

Attorney Blanco is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.

LF-103 (06/14/10)