

**ORDERED in the Southern District of Florida on November 21, 2025.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Liliana Vanhoek                             Case No.: 25-16643-PDR
                                                      Chapter 13

_____Debtor_____/

### ORDER SUSTAINING OBJECTION TO CLAIM OF THE BANK OF NEW YORK MELLON / SELECT PORTFOLIO SERVICING, INC.

THIS MATTER having come to be heard without objection on the consent calendar on October 6, 2025, upon Debtor's Objection to Claim of The Bank of New York Mellon / Select Portfolio Servicing, Inc.; claim #7 ("Objection") [ECF#38] and based on the record, IT IS;

ORDERED AND ADJUDGED:

1. The Objection is SUSTAINED.

2. The claim is allowed as filed without distribution from the Chapter 13 Trustee.

# # #

Respectfully Submitted:
Jose A. Blanco | 062449, **JOSE A. BLANCO, P.A.,** 102 E 49th ST, Hialeah, FL 33013, Tel: (305) 349-3463, Fax: (786) 567-5057, E-Mail: jose@blancopa.com

The Law Office of Jose A. Blanco, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.

LF-70 (rev. 12/01/09)