## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☒ SIXTH _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Liliana Vanhoek          JOINT DEBTOR: _____          CASE NO.: 25-16643-PDR

SS#: xxx-xx- 8314                          SS#: xxx-xx- _____

**I. NOTICES**

To Debtors:     Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:   Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☒ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ☒ Not included |

**II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE**

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $582.60  for months  1  to  60 ;

B. **DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: | $7,000.00 | Total Paid: | $2,000.00 | Balance Due: | $5,000.00 |
|---|---|---|---|---|---|
| Payable | $117.11 | /month (Months 1 to 42 ) | | | |
| Payable | $81.38 | /month (Months 43 to 43 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
Safe Harbor: $5,000.00 Attorney's Fees + $200.00 Costs + MTV car $800 + MTV HOA $1000 = $7,000.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

**III. TREATMENT OF SECURED CLAIMS**    ☐ NONE

A. **SECURED CLAIMS:**    ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: KEYSTONE LAKE HOMEOWNERS ASSOCIATION INC [POC#1]

   Address: KEYSTONE LAKE HOMEOWNERS ASSOCIATION INC. ATTN Bankruptcy Dept 3600 S Congress Ave Suite C Boynton Beach, FL 33426

   Arrearage/ Payoff on Petition Date _____

   Regular Payment (Maintain)    $234.00  /month (Months  1  to  60 )

   Last 4 Digits of _____

| | |
|---|---|
| Account No.: 0221 | |
| Other: _____ | |
| ☒ Real Property | Check one below for Real Property: |
|    ☒ Principal Residence | ☐ Escrow is included in the regular payments |
|    ☐ Other Real Property | ☐ The debtor(s) will pay    ☐ taxes    ☐ insurance directly |
| Address of Collateral: 18763 NW 23RD ST Pembroke Pines, FL 33029 | |
| ☐ Personal Property/Vehicle | |
| Description of Collateral: | |

B. **VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ☐ NONE

| | | |
|---|---|---|
| 1. Creditor: KEYSTONE LAKE HOMEOWNERS ASSOCIATION INC. [POC#1] | Value of Collateral: $781,100.00 | **Payment** |
| | Amount of Creditor's Lien: $0.00 | Total paid in plan: $0.00 |
| Address: KEYSTONE LAKE HOMEOWNERS ASSOCIATION INC. ATTN Bankruptcy Dept 3600 S Congress Ave Suite C Boynton Beach, FL 33426 | Interest Rate: 0.00% | $0.00 /month (Months 1 to 60) |
| | Check one below: | |
| | ☐ Escrow is included in the monthly mortgage payment listed in this section | |
| | ☐ The debtor(s) will pay | |
| Last 4 Digits of Account No.: 0221 |    ☐ taxes    ☐ insurance directly | |
| Real Property ☒ Principal Residence ☐ Other Real Property | | |
| Address of Collateral: 18763 NW 23RD ST Pembroke Pines, FL 33029 | | |

2. **VEHICLES(S):** ☐ NONE

| 1. Creditor: Bridgecrest Acceptance Corp. [POC#3] | Value of Collateral: $8,500.00 | **Payment** |
|---|---|---|
| Address: Bridgecrest Acceptance Corp<br>Po Box 53087<br>Suite 100<br>Phoenix AZ 85072-0000 | Amount of Creditor's Lien: $23,163.12<br><br>Interest Rate: 9.50% | Total paid in plan: $10,710.95<br><br>$178.52 /month (Months 1 to 60) |
| Last 4 Digits of Account No.: 3001<br>VIN: 2T2BK1BA0AC043917<br>Description of Collateral:<br>2010 Lexus RX<br><br>Check one below:<br>■ Claim incurred 910 days or more pre-petition<br>☐ Claim incurred less than 910 days pre-petition | | |

    **3. PERSONAL PROPERTY:** ■ NONE

**C. LIEN AVOIDANCE** ■ NONE

**D. SURRENDER OF COLLATERAL:** ■ NONE

**E. DIRECT PAYMENTS** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.
    The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtors(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Select Porfolio Servicing, Inc. / Bank of NY Mellon POC#7 | 7343 | 18763 NW 23RD ST Pembroke Pines, FL 33029 |

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)] ☐ NONE

  **A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

  **B. INTERNAL REVENUE SERVICE:** ☐ NONE

| Total Due: $26.62 | Total Payment $26.62 |
|---|---|
| Payable: $26.62 | /month (Months 43 to 43 ) |

  **C. DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

  **D. OTHER:** ■ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

    **A.** Pay $0.00 /month (Months 1 to 42 )
        Pay $9.11 /month (Months 43 to 43 )
        Pay $117.11 /month (Months 44 to 60 )

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    **B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    **C. SEPARATELY CLASSIFIED:** ■ NONE

**VI. STUDENT LOAN PROGRAM** ■ NONE

Debtor(s): Liliana Vanhoek     Case number: 25-16643-PDR

| | | |
|---|---|---|
| **VII.** | **EXECUTORY CONTRACTS AND UNEXPIRED LEASES** | ■ NONE |
| **VIII.** | **INCOME TAX RETURNS AND REFUNDS:** | |

    ■ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

**IX.**  **NON-STANDARD PLAN PROVISIONS**  ■ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor  _____  
Liliana Vanhoek                    Date

_____ Joint Debtor  _____  
                                  Date

/s/ Jose A. Blanco, Esq.            December 5, 2025  
_____                _____  
Attorney with permission to sign on       Date  
Debtor(s)' behalf who certifies that  
the contents of the plan have been  
reviewed and approved by the  
Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

---

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.