**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ SECOND _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Liliana Vanhoek _____ JOINT DEBTOR: _____ CASE NO.: 25-16643-CAP

SS#: xxx-xx- 8314 _____ SS#: xxx-xx- _____

## I.    NOTICES

To Debtors:    Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans must be served on all creditors as required by Local Rule 2002-1(b) and a certificate of service must be filed as required by Local Rule 9036-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:    Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:    The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ■ Not included |

## II.    PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.    MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1.   $404.70 _____ for months  1  to  13  ;

2.   $626.50 _____ for months  14  to  59  ;

3.   $655.78 _____ for months  60  to  60  ;

**B.    DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: $7,800.00 | Total Paid: $2,800.00 | Balance Due: $5,000.00 |
|---|---|---|
| Payable  $99.09  /month (Months  1  to  13 ) | | |
| Payable  $265.41  /month (Months  14  to  26 ) | | |
| Payable  $261.46  /month (Months  27  to  27 ) | | |

Allowed fees under Local Rule 2016-1 are itemized below:
Safe Harbor: $5,000.00 Attorney's Fees + $200.00 Costs + MTV car $800 + MTV HOA $1000 + MTMod $800= $7,800.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III.    TREATMENT OF SECURED CLAIMS    ☐ NONE

**A.    SECURED CLAIMS:**    ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

| |
|---|
| 1.  Creditor: KEYSTONE LAKE HOMEOWNERS ASSOCIATION INC [POC#1] _____<br><br>Address: KEYSTONE LAKE      Arrearage/ Payoff on Petition Date _____<br>HOMEOWNERS |

Debtor(s): Liliana Vanhoek          Case number: 25-16643-CAP

| | | | |
|---|---|---|---|
| ASSOCIATION INC.<br>ATTN Bankruptcy Dept<br>3600 S Congress Ave<br>Suite C<br>Boynton Beach, FL 33426 | Regular Payment (Maintain) | $161.23 | /month (Months  1  to 13 ) |
| | Regular Payment (Maintain) | $254.13 | /month (Months 14  to 60 ) |

Last 4 Digits of
Account No.: _____0221_____

Other: _____

☑ Real Property                                    Check one below for Real Property:

  ☑ Principal Residence                      ☐ Escrow is included in the regular payments

  ☐ Other Real Property                      ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
18763 NW 23RD ST Pembroke Pines, FL 33029

☐ Personal Property/Vehicle

Description of Collateral: _____

**B.  VALUATION OF COLLATERAL:**  ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU UNDER FED. R. BANKR. P. 3012(b)(1) AND 7004, AS REQUIRED BY LOCAL RULE 3012-1.

**1. REAL PROPERTY:** ☐ NONE

| | | |
|---|---|---|
| 1.  Creditor: KEYSTONE LAKE HOMEOWNERS ASSOCIATION INC. [POC#1] | Value of Collateral:  $781,100.00 | **Payment** |
| | Amount of Creditor's Lien:  $0.00 | Total paid in plan:  $0.00 |
| Address: KEYSTONE LAKE HOMEOWNERS ASSOCIATION INC. ATTN Bankruptcy Dept 3600 S Congress Ave Suite C Boynton Beach, FL 33426 | Interest Rate:  0.00% | $0.00  /month (Months  1  to 60 ) |
| | Check one below: | |
| Last 4 Digits of Account No.:  0221 | ☐ Escrow is included in the monthly mortgage payment listed in this section<br>☐ The debtor(s) will pay | |
| Real Property<br>☑ Principal Residence | ☐ taxes   ☐ insurance directly | |
| ☐ Other Real Property | | |
| Address of Collateral:<br>18763 NW 23RD ST Pembroke Pines, FL 33029 | | |

**2. VEHICLES(S):** ☐ NONE

Debtor(s): Liliana Vanhoek _____    Case number: 25-16643-CAP

| 1. Creditor: Bridgecrest Acceptance Corp. [POC#3] | | |
|---|---|---|
| **Address:** Bridgecrest Acceptance Corp<br>Po Box 53087<br>Suite 100<br>Phoenix AZ 85072-0000 | **Value of Collateral:** $8,500.00<br><br>**Amount of Creditor's Lien:** $23,163.12<br><br>**Interest Rate:** 0.00% | **Payment**<br><br>Total paid in plan: $10,710.95<br><br>$123.00 /month (Months 1 to 13 )<br>$50.00 /month (Months 14 to 26 )<br>$53.95 /month (Months 27 to 27 )<br>$254.80 /month (Months 28 to 60 ) |

Last 4 Digits of Account No.: 3001

VIN: 2T2BK1BA0AC043917

Description of Collateral:
2010 Lexus RX

Check one below:

[■] Claim incurred 910 days or more pre-petition

[ ] Claim incurred less than 910 days pre-petition

**3. PERSONAL PROPERTY:** [■] NONE

**C. LIEN AVOIDANCE** [■] NONE

**D. SURRENDER OF COLLATERAL:** [■] NONE

**E. DIRECT PAYMENTS** [ ] NONE

The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights. Secured claims filed by any creditor granted stay relief in this section will not receive a distribution from the chapter 13 trustee. The requirement of Fed. R. P. 3002.1 will cease to apply to any claim listed in this section upon confirmation of this plan.

| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|
| 1. Select Portfolio Servicing, Inc. / Bank of NY Mellon POC#7 | 7343 | 18763 NW 23RD ST Pembroke Pines, FL 33029 |

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)] [ ] NONE

**A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** [■] NONE

**B. INTERNAL REVENUE SERVICE:** [ ] NONE

| Total Due: | $26.62 | Total Payment | $26.62 | |
|---|---|---|---|---|
| Payable: | $26.62 | /month (Months 60 to 60 ) | | |

**C. DOMESTIC SUPPORT OBLIGATION(S):** [■] NONE

**D. OTHER:** [■] NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS** [ ] NONE

A. Pay $60.61 /month (Months 28 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. [ ] If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. **SEPARATELY CLASSIFIED:** [■] NONE

**VI. STUDENT LOAN PROGRAM** [■] NONE

**VII. EXECUTORY CONTRACTS AND UNEXPIRED LEASES** [■] NONE

**VIII. INCOME TAX RETURNS AND REFUNDS:**

LF-31 (rev. 06/01/26)

Debtor(s): Liliana Vanhoek _____ Case number: 25-16643-CAP

�), ⬛ Debtor(s) will provide copies of yearly income tax returns to the chapter 13 trustee (but not file with the Court) no later than May 15th during the pendency of the chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) must increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured claims. [Fort Lauderdale/West Palm Beach Division cases]

IX. **NON-STANDARD PLAN PROVISIONS** ⬛ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_Liliana Vanhoek_ Debtor   07/30/2026 _____    Joint Debtor _____
Liliana Vanhoek               Date                                          Date

/s/ Jose A. Blanco, Esq. _____   _____
                                                  Date
Attorney with permission to sign on
Debtor(s)' behalf who certifies that
the contents of the plan have been
reviewed and approved by the
Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

---

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.