UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Liliana Vanhoek

Case No.: 25-16643-CAP
Chapter 13

Debtor /

**ORDER GRANTING DEBTOR'S MOTION TO APPROVE MORTGAGE MODIFICATION AGREEMENT WITH THE BANK OF NEW YORK MELLON, AS TRUSTEE, THROUGH SELECT PORTFOLIO SERVICING, INC.**

This matter came before the Court at the August 3, 2026 hearing on the Debtor's Motion to Approve Mortgage Modification Agreement with The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2007-2, through Select Portfolio Servicing, Inc. ECF#86 (the "Mortgage Creditor"), with respect to the Debtor's principal residence located at 18763 NW 23rd Street, Pembroke Pines, Florida 33029, and as a supplement to ECF#81. Upon consideration of the Motion, the executed agreement, the record, and the positions of the parties, it is

**ORDERED** as follows:

1. The Motion is **GRANTED**.
2. The Lien Modification Agreement offered by the Mortgage Creditor and executed by the Debtor on July 30, 2026, is **APPROVED**, subject to final acceptance and completion of any ministerial documentation required by the Mortgage Creditor.
3. The Debtor, the Mortgage Creditor, and their agents are authorized to take any and all actions necessary to effectuate the Agreement.
4. The Debtor is authorized to make the modified mortgage payments directly to Select Portfolio Servicing, Inc. outside the Chapter 13 plan.
5. The Debtor shall file and serve the Second Modified Chapter 13 Plan in accordance with the Local Rules. The Second Modified Plan supersedes the First Modified Chapter 13 Plan at ECF#82.
6. The Debtor is not required to remit the $9,012.53 payment stated in ECF#82. Pending final approval of the Second Modified Plan, the Debtor shall remit to the Chapter 13 Trustee the interim payment required by the Second Modified Plan.
7. The Chapter 13 Trustee shall not seek dismissal based solely on the Debtor's failure to remit the $9,012.53 payment stated in superseded ECF#82, provided the Debtor timely makes the interim Trustee payment required by paragraph 6 of this Order and remains otherwise in compliance with the Court's orders.
8. Pending confirmation that the Mortgage Modification Agreement has become effective and that the pending state-court request to reschedule the foreclosure sale has been withdrawn, continued, or otherwise resolved, the temporary relief requested in ECF#81 is [GRANTED / CONTINUED TO __________ / RESERVED].

9. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

# # #

Respectfully Submitted:
Jose A. Blanco | 062449, JOSE A. BLANCO, P.A., 102 E 49th ST, Hialeah, FL 33013, Tel: (305) 349-3463, Fax: (786) 567-5057, E-Mail: jose@blancopa.com

Jose A. Blanco, Esq. must serve a copy of this order on the debtor, all creditors, and all indenture trustees and must file a certificate of service as required by Local Rule 9036-2.