UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Liliana Vanhoek — Case No.: 25-16643-CAP, Chapter 13

Debtor(s) /

**CERTIFICATE OF SERVICE**

I certify that on July 31, 2026, a true and correct copy of the **Emergency Motion to Approve Loss Mitigation/Mortgage Modification Agreement, Notice of Filing Exhibit A - Lien Modification Agreement,** and **Notice of Hearing** was served electronically on the following parties:

Electronically: Robin Weiner, Trustee; Giselle Velez, Esq.

I further certify that on July 31, 2026 I served a copy of the foregoing document(s) by U.S. mail on the following parties:

First Class Mail:

Debtor(s), Liliana Vanhoek
18763 NW 23RD ST
Pembroke Pines, FL 33029-5325

All Creditors on the Matrix

Respectfully submitted:
July 31, 2026

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com