UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Liliana Vanhoek

Case No.: 25-16643-CAP
Chapter 13

Debtor(s) /

## NOTICE OF CONTINUED HEARING

**YOU ARE HEREBY NOTIFIED** that the Emergency Motion to Approve Loss Mitigation/Mortgage Modification Agreement with Lender The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2007-2, through its servicer Select Portfolio Servicing, Inc. and Temporary Stay of Foreclosure Hearing has been continued to **September 1, 2026 at 10:00 am at: Location: U.S. Courthouse, 299 E Broward Blvd, Courtroom 301, Ft Lauderdale, FL 33301**.

Electronically: Robin Weiner, Trustee; Giselle Velez, Esq.

I further certify that on August 4, 2026 I served a copy of the foregoing document(s) by U.S. mail on the following parties:

First Class Mail:

Debtor(s), Liliana Vanhoek
18763 NW 23RD ST
Pembroke Pines, FL 33029-5325

All Creditors on the Matrix

Respectfully submitted:
August 4, 2026

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com