**ORDERED in the Southern District of Florida on September 9, 2026.**

**Craig A. Pugatch, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Liliana Vanhoek

Case No.: 25-16643-CAP
Chapter 13

Debtor /

**ORDER GRANTING DEBTOR'S MOTION TO APPROVE MORTGAGE MODIFICATION AGREEMENT WITH THE BANK OF NEW YORK MELLON, AS TRUSTEE, THROUGH SELECT PORTFOLIO SERVICING, INC.**

This matter came before the chapter 13 consent calendar at the September 1, 2026 hearing on the Debtor's Motion to Approve Mortgage Modification Agreement with The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2007-2, through Select Portfolio Servicing, Inc. ECF#88 (the "Mortgage Creditor"), with respect to the Debtor's principal residence located at 18763 NW 23rd Street, Pembroke Pines, Florida 33029. Upon consideration of the Motion, the executed agreement, the record, and the positions of the parties, it is

**ORDERED** as follows:

1. The Motion is **GRANTED**.
2. The Lien Modification Agreement offered by the Mortgage Creditor and executed by the Debtor on July 30, 2026, is **APPROVED**, subject to final acceptance and completion of any ministerial documentation required by the Mortgage Creditor.
3. The Debtor, the Mortgage Creditor, and their agents are authorized to take any and all actions necessary to effectuate the Agreement.
4. The Debtor is authorized to make the modified mortgage payments directly to Select Portfolio Servicing, Inc. outside the Chapter 13 plan.
5. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

# # #

Respectfully Submitted:
Jose A. Blanco | 062449, JOSE A. BLANCO, P.A., 102 E 49th ST, Hialeah, FL 33013,
Tel: (305) 349-3463, Fax: (786) 567-5057, E-Mail: jose@blancopa.com

Jose A. Blanco, Esq. must serve a copy of this order on the debtor, all creditors, and all indenture trustees and must file a certificate of service as required by Local Rule 9036-2.