UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Liliana Vanhoek

Case No.: 25-16643-CAP
Chapter 13

Debtor(s) /

**CERTIFICATE OF SERVICE**

I certify that on September 14, 2026, a true and correct copy of the **Order Granting Debtor's Motion to Approve Mortgage Modification Agreement with the Bank of New York Mellon, as Trustee, Through Select Portfolio Servicing, Inc.** was served electronically on the following parties:

Electronically: Robin Weiner, Trustee, Giselle Velez Esq.

I further certify that on September 14, 2026 I served a copy of the foregoing document(s) by U.S. mail on the following parties:

First Class Mail:

Debtor(s), Liliana Vanhoek
18763 NW 23RD ST
Pembroke Pines, FL 33029-5325

Giselle Velez on behalf of Creditor The Bank of New York Mellon,
Robertson, Anschutz, Schneid, Crane
6409 Congress Ave Ste 100,
Boca Raton, FL 33487-2853.

Respectfully submitted:
September 14, 2026

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com